UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

JUNIOR JOHNNY SOOKHON,

                      Plaintiff,

     -against –

HOME DEPOT U.S.A., INC.,

                      Defendant.
-----------------------------------------------------------------------X

Docket No.: 22-CV-00064

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, attorneys of record for Defendant, HOME DEPOT U.S.A., INC. and the attorneys of record for Plaintiff, JUNIOR JOHNNY SOOKHON, that the above-entitled action including all claims asserted by, between and among the aforementioned parties are hereby discontinued with prejudice and without costs to any party as against another.

**IT IS FURTHER STIPULATED AND AGREED,** that this stipulation may be signed in counterparts and that a facsimile or a copy of a signature shall be deemed an original for purposes of this stipulation. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
        July 15, 2022

| | |
|---|---|
| **LAW OFFICES OF ZEMSKY & SALOMON, P.C.** | **LEWIS BRISBOIS BISGAARD & SMITH, LLP** |
| By: Michael Salomon, Esq. | By: Laura K. Brecher, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 33 Front Street – Suite 207 | HOME DEPOT U.S.A., INC. |
| Hempstead, New York 11550 | 77 Water Street, Suite 2100 |
| 516.485.3800 | New York, New York 10005 |
| michael@zemskyandsalomon.com | 212-232-1300 |
| | Laura.Brecher@lewisbrisbois.com |

4895-4944-1321.1